Mark S. Askanas (State Bar No. 122745)
Alison H. Hong  (State Bar No. 272968)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
Email: askanasm@jacksonlewis.com
       alison.hong@jacksonlewis.com

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LEONARD BERMUDEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>G4S SECURE SOLUTIONS (USA) INC.;<br>Does 1 to 30 inclusive,<br><br>            Defendants. | Case No.  C-13-05798 DMR<br><br>**ORDER GRANTING DEFENDANT G4S SECURE SOLUTIONS, INC.'S REQUEST FOR ASSOCIATE COUNSEL TO APPEAR AT INITIAL CMC**<br><br>Date of Removal:  December 13, 2013<br>Trial Date:          None Set |

In reference to a letter (Document #18, e-filed on April 17, 2104) from Mark S. Askanas, lead counsel in the above-referenced matter, Defendant G4S Secure Solution, Inc.'s request for associate counsel Alison H. Hong to appear on his behalf at the Initial Civil Case Management Conference scheduled for Wednesday, April 23, 2014 at 1:30 p.m., is hereby GRANTED.

Dated:  4/21/14

_____
Hon. Donna M. Ryu
United States Magistrate Judge

4842-5241-1674, v.  1

1

ORDER GRANTING DEF'T G4S SECURE SOLUTIONS, INC.'S
REQUEST FOR CO-COUNSEL TO APPEAR AT INITIAL CMC          CASE NO. C-13-05798 DMR