Mark S. Askanas (State Bar No. 122745)
Alison H. Hong  (State Bar No. 272968)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
Email: askanasm@jacksonlewis.com
        alison.hong@jacksonlewis.com

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

# UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LEONARD BERMUDEZ,<br><br>Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC.;<br>Does 1 to 30 inclusive,<br><br>Defendants. | Case No.  C-13-05798 DMR<br><br>**ORDER (AS MODIFIED) GRANTING DEFENDANT G4S SECURE SOLUTIONS (USA) INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 5, 2014 CASE MANAGEMENT CONFERNECE**<br><br>Date of Removal:  December 13, 2013<br>Trial Date:            None Set |

Defendant G4S SECURE SOLUTIONS (USA) INC. ("Defendant") represents that its lead trial counsel, Mark S. Askanas, has unexpectedly caught a stomach virus and is unable to appear in person at the Case Management Conferenced scheduled for November 5, 2014 at 1:30 p.m. in Courtroom 4.  Defendant requests permission from the Court to appear telephonically at the Case Management Conference.  Good cause appearing, Defendant's request for telephonic appearance at the November 5, 2014 Case Management Conference is hereby GRANTED.

Defendant's counsel must follow the protocol set forth in the attached Notice re

1 | Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

2 |     IT IS SO ORDERED.

Dated: 11/5/14

**IT IS SO ORDERED AS MODIFIED**

Hon. Donna M. Ryu
United States Magistrate Judge