UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BERMUDEZ,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>G4S SECURE SOLUTIONS (USA) INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-13-05798 DMR<br><br>**ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE** |

    The parties are referred to Magistrate Judge Jacqueline Scott Corley, who will conduct a settlement conference in this matter on December 8, 2014. Judge Corley will issue further instructions regarding this conference.

    IT IS SO ORDERED.

Dated: November 14, 2014

IT IS SO ORDERED

Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge