RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
LEONARD BERMUDEZ

MARK S. ASKANAS (#122745)
ALISON H. HONG (#272968)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: askanasm@jacksonlewis.com
alison.hong@jacksonlewis.com

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

## UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| LEONARD BERMUDEZ,<br><br>Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>Defendant. | **Case No.: C13-05798 DMR**<br><br>Case filed: 10/11/13<br>Case removed: 12/13/13<br>Trial date: 05/04/15<br><br>**STIPULATION TO DISMISSAL; [PROPOSED] ORDER** |

BERMUDEZ
/BERMUDEZ-DISMISS STIP.doc

Dec 11 14 03:34p RICHARD M. ROGERS 415-981-9798 p.1
12/12/2014 15:36 IFAX sffax@jacksonlewis.com → Reception 001/002

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: 12/12/14

LAW OFFICE OF RICHARD M. ROGERS

By: [signature]
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 12/15/14

JACKSON LEWIS P.C.

By: [signature]
MARK S. ASKANAS
ALISON H. HONG
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated:____________ By: ____________
DONNA M. RYU
MAGISTRATE JUGE OF THE US DISTRICT COURT

Case No.: C13-05798 DMR -- STIPULATION TO DISMISSAL; [PROPOSED] ORDER

BERMUDEZ
/BERMUDEZ-DISMISS.STIP.doc

Dec 11 14 03:34p RICHARD M. ROGERS 415-981-9798 p.2
12/12/2014 15:36 IFAX sffax@jacksonlewis.com → Reception 002/002